# Order

Michigan Supreme Court
Lansing, Michigan

September 29, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150202(81)

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

             SC: 150202
             COA: 313121
             Washtenaw CC: 11-001541-FC

KYLE KEITH CLARK,
   Defendant-Appellant.

_____/

   On order of the Court, the motion for reconsideration of this Court's July 1, 2015 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2015


                Clerk

a0921